CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Gwendolyn Lewis**<br>DOB: 1985; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>20-07253MJ |

Complaint for violation of Title 8, United States Code §§ 1324(a)(1)(A)(ii) & 1324(a)(1)(B)(i); 1325; 18 USC § 3

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about March 20, 2020, in the District of Arizona, **Gwendolyn Lewis**, knowing or in reckless disregard that certain aliens, including Jose Alfredo Gutierrez-Velazquez, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**

**COUNT 2 (Misdemeanor)** On or about March 20, 2020, in the District of Arizona, **Gwendolyn Lewis**, knowing that certain illegal aliens, including Jose Alfredo Gutierrez-Velazquez, had entered the United States at a time or place other than as designated by immigration officers, did knowingly assist Jose Alfredo Gutierrez-Velazquez so that they would not be apprehended by law enforcement by transporting him in the vehicle that **Gwendolyn Lewis** was driving; in violation of **Title 8, United States Code, Section 1325(a)(1)** and **Title 18 United States Code, Section 3.**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about March 20, 2020, in the District of Arizona, United States Border Patrol Agent (BPA) saw a 2008 Dodge Avenger driving in the Village of Menegers which is located less than one mile from the border on FR-1. Then, the BPA saw three suspected illegal aliens come out of the brush and get into the vehicle. A BPA stopped the vehicle and identified the driver as **Gwendolyn Lewis** and an adult female front seat passenger, both U.S. Citizens. BPA also encountered three rear seat passengers and determined they were in the U.S. illegally. BPA identified one illegal alien as Jose Alfredo Gutierrez-Velazquez.

Material witness Jose Alfredo Gutierrez-Velazquez stated that they had made arrangements to be smuggled into the United States for money. The fee was to cross the border and get picked up by a driver who would take him to Phoenix.

In a post-*Miranda* statement, **Lewis** said she was asked if she wanted to make extra money and was offered a job transporting "Mexicans." She agreed and received instructions to drive down to the Village of Menegers to pick them up from the side of the road. **Lewis** was going to make $2,000 USD for this trip. **Lewis** said she knew what she did was illegal and aware of the risk of being arrested.

MATERIAL WITNESS IN RELATION TO THE CHARGE: Jose Alfredo Gutierrez-Velazquez

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/ri_____ | SIGNATURE OF COMPLAINANT<br>RICARDO ISLAVA  Digitally signed by RICARDO ISLAVA<br>Date: 2020.03.23 11:04:42 -07'00' |
|---|---|
| | OFFICIAL TITLE<br>BPA Ricardo H. Islava |
| Sworn by telephone _x_ | |
| SIGNATURE OF MAGISTRATE JUDGE *Lynnette M. Kateau* [1] | DATE<br>March 23, 2020 |

1) See Federal rules of Criminal Procedure Rules 3, 4.1, and 54